**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:   (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Young Kim

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG KIM, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED COLLECTION SERVICES OF CALIFORNIA, LLC; AND, LAW OFFICE OF ROBERT J. COLCLOUGH, III, <br><br> Defendants. | **Case No.:** CV14-0006 MAN <br><br> **NOTICE OF SETTLEMENT** |

///
///
///
///

---

NOTICE OF SETTLEMENT                                            PAGE 1 OF 2

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff YOUNG KIM ("Plaintiff") and Defendants ALLIED COLLECTION SERVICES OF CALIFORNIA, LLC; and, LAW OFFICE OF ROBERT J. COLCLOUGH, III ("Defendants") has been resolved on an individual basis. The Parties anticipate filing a Joint Motion for Dismissal of the Action with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 20, 2014 for filing a Joint Dismissal.

Dated: January 20, 2014               Respectfully submitted,

                                      **KAZEROUNI LAW GROUP, APC**

                                      By: ____/s/ Matthew M. Loker____
                                          MATTHEW M. LOKER, ESQ.
                                          ATTORNEY FOR PLAINTIFF

[ADDITIONAL PLAINTIFF'S COUNSEL]

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022